1  GABRIEL A. JACKSON, State Bar No. 98119
   gaby@jjrlaw.com
2  JAMES J. O'BRIEN, State Bar No. 170035
   jobrien@jjrlaw.com
3  KERI A. DONOHUE, State Bar No. 226411
   kdonohue@jjrlaw.com
4  JACKSON JENKINS RENSTROM LLP
   55 Francisco Street, Sixth Floor
5  San Francisco, CA 94133
   Tel: (415) 982-3600
6  Fax: (415) 982-3700

7  Attorneys for Defendant
   BATH IRON WORKS CORPORATION
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 SHIRLEY WHELAN, et al.,            Case No. 3:11-cv-00986-CRB

12          Plaintiffs,                NOTICE OF SUBSTITUTION OF COUNSEL
            vs.                        FOR DEFENDANT BATH IRON WORKS
13                                     CORPORATION AND [PROPOSED] ORDER
   GENERAL ELECTRIC COMPANY, et al.,
14
            Defendants.
15

16

17     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18     PLEASE TAKE NOTICE that, subject to approval by the court, Defendant Bath Iron

19 Works Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of

20 Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP.

21 The contact information for new counsel is as follows:

22          Edward R. Hugo, State Bar No. 124839
            BRYDON HUGO & PARKER
23          135 Main Street, 20th Floor
            San Francisco, CA  94105
24          Telephone:  (415) 808-0300
            Facsimile:  (415) 808-0333
25          Email:  service@bhplaw.com

26

27

28

Brydon
Hugo & Parker
135 Main Street
20th Floor
San Francisco, CA 94105

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT BATH IRON WORKS CORPORATION
AND [PROPOSED] ORDER

## CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 9/6/13    By: _____
Jon A. Fitzgerald
Bath Iron Works Corporation

I consent to being substituted.

Dated: 8/30/13    By: _____
GABRIEL A. JACKSON
JAMES T. O'BRIEN
KERI A. DONOHUE

I consent to the above substitution.

Dated: 9-6-2013    By: _____
EDWARD R. HUGO

The substitution of attorney is hereby approved.

**IT IS SO ORDERED:**

Dated: October 23, 2013    By: _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT BATH IRON WORKS CORPORATION AND [PROPOSED] ORDER

## CERTIFICATE OF SERVICE

The undersigned, counsel for Bath Iron Works Corporation, hereby certifies that a true and correct copy of the foregoing Notice of Substitution of Counsel was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on September 9, 2013.

/s/ *Keri A. Donohue*  _____