```
 1  GABRIEL A. JACKSON, State Bar No. 98119
    gaby@jjrlaw.com
 2  JAMES J. O'BRIEN, State Bar No. 170035
    jobrien@jjrlaw.com
 3  KERI A. DONOHUE, State Bar No. 226411
    kdonohue@jjrlaw.com
 4  JACKSON JENKINS RENSTROM LLP
    55 Francisco Street, Sixth Floor
 5  San Francisco, CA 94133
    Tel: (415) 982-3600
 6  Fax: (415) 982-3700

 7  Attorneys for Defendant
    BATH IRON WORKS CORPORATION
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHIRLEY WHELAN, et al., | Case No. 3:11-cv-00986-CRB |
|---|---|
| Plaintiffs, vs. | NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT BATH IRON WORKS CORPORATION AND [PROPOSED] ORDER |
| GENERAL ELECTRIC COMPANY, et al., Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, Defendant Bath Iron Works Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP. The contact information for new counsel is as follows:

> Edward R. Hugo, State Bar No. 124839
> BRYDON HUGO & PARKER
> 135 Main Street, 20th Floor
> San Francisco, CA 94105
> Telephone: (415) 808-0300
> Facsimile: (415) 808-0333
> Email: service@bhplaw.com

Brydon
Hugo & Parker
135 Main Street
20th Floor
San Francisco, CA 94105

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT BATH IRON WORKS CORPORATION AND [PROPOSED] ORDER

CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 9/6/13          By: _____
                            Jon A. Fitzgerald
                            Bath Iron Works Corporation

I consent to being substituted.

Dated: 8/30/13         By: _____
                            GABRIEL A. JACKSON
                            JAMES T. O'BRIEN
                            KERI A. DONOHUE

I consent to the above substitution.

Dated: 9-6-2013        By: _____
                            EDWARD R. HUGO

The substitution of attorney is hereby approved.

**IT IS SO ORDERED:**

Dated: October 23, 2013   By: _____
                              HONORABLE CHARLES R. BREYER
                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT BATH IRON WORKS CORPORATION AND [PROPOSED] ORDER

## CERTIFICATE OF SERVICE

The undersigned, counsel for Bath Iron Works Corporation, hereby certifies that a true and correct copy of the foregoing Notice of Substitution of Counsel was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on September 9, 2013.

/s/ Keri A. Donohue