UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIRAUDO,<br><br>      Plaintiff,<br><br>    vs.<br><br>GENERAL DYNAMICS CORPORATION and BATH IRON WORKS CORPORATION, et al.<br><br>      Defendant.<br>_____<br><br>CHARLES FANNIN, et al.,<br>_____<br><br>ARLENE GARCIA, et al., (WD of ROBERT WHELAN) | Lead Case No. 3:08-cv-04416-WHO<br><br>Judge: Hon. William H. Orrick<br><br>ORDER TO EXTEND DEADLINE TO REOPEN CASE<br>_____<br>Consolidated with:<br><br>Case No. 3:11-cv-06156-WHO<br><br>Case No. 3:11-cv-00986-WHO |

    Based on the good cause shown in parties' STIPULATION TO EXTEND DEADLINE TO REOPEN CASE, it is HEARBY ORDERED that the deadline to inform this Court if the above-captioned cases need to be re-opened is continued. The new deadline is now February 23, 2015.

Dated: February 18, 2015                    _____

                                                      The Honorable William H. Orrick