UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIRAUDO,<br><br>　　　　Plaintiff,<br>　　vs.<br>GENERAL DYNAMICS CORPORATION and BATH IRON WORKS CORPORATION, et al.<br><br>　　　　Defendant.<br>_____<br>CHARLES FANNIN, et al.,<br>_____<br>ARLENE GARCIA, et al., (WD of ROBERT WHELAN) | Lead Case No. 3:08-cv-04416-WHO<br><br>Judge: Hon. William H. Orrick<br><br>ORDER TO EXTEND DEADLINE TO REOPEN CASE<br>_____<br>Consolidated with:<br><br>Case No. 3:11-cv-06156-WHO<br><br>Case No. 3:11-cv-00986-WHO |

　　　　Based on the good cause shown in parties' STIPULATION TO EXTEND DEADLINE TO REOPEN CASE, it is HEARBY ORDERED that the deadline to inform this Court if the above-captioned cases need to be re-opened is continued. The new deadline is now March 31, 2015.

Dated: March 4, 2015　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable William H. Orrick